```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
UNITED STATES OF AMERICA             :
                                     :    16 CR 442 (VM)
     - against -                     :    19 Civ. 5674 (VM)
                                     :
EMIL RENSING,                        :    ORDER
                                     :
             Defendant.              :
-------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

By letter dated July 2, 2020, the above-named defendant moved for compassionate release from detention pursuant to 18 U.S.C. Section 3582(c)(1)(A)(i). (See No. 16 CR 442, Dkt. No. 108). The Government is hereby ordered to respond to defendant's motion within seven days of the entry of this Order.

**SO ORDERED.**

Dated:  New York, New York
        06 July 2020

_Victor Marrero_
U.S.D.J.