```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
   UNITED STATES OF AMERICA           :
                                      :
              -v.-                    :
                                      :
   EMIL RENSING,                      :
                                      :
                                      :
                    Defendant.        :
                                      :
------------------------------------- X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/2025
```

FINAL ORDER OF FORFEITURE

16 Cr. 442 (VM)

WHEREAS, or about May 1, 2019, the Court entered a Second Preliminary Order of Forfeiture as to Specific Property (the "Preliminary Order") (D.E. 94) with respect to EMIL RENSING (the "Defendant"), forfeiting to the United States all right, title, and interest of the Defendant in the following:

    a.    any and all ownership interest of the Defendant in 334 shares of common stock in Riley Technologies, Inc., including but not limited to any and. all subsidiaries, affiliates, joint venture, trademarks, and intellectual property held at Riley Technologies, Inc., and

    b.    any and all ownership interest of the Defendant in 44,944 shares of common stock in Cupcake Digital, Inc., including but not limited to any and all subsidiaries, affiliates, joint ventures, trademarks, and intellectual property held at Cupcake Digital, Inc.,

(a. and b., together, the "Specific Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written

notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the Government to dispose of the Additional Account was posted on an official government internet site (www.forfeiture.gov) beginning on September 5, 2019 for thirty (30) consecutive days, through October 4, 2019, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, and proof of such publication was filed with the Clerk of the Court on October 29, 2025 (D.E. 116);

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant is the only individual and/or entity known by the Government to have a potential interest the Specific Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3. The United States Marshalls Service (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
       October 30, 2025

SO ORDERED:

_____
HONORABLE VICTOR MARRERO
UNITED STATES DISTRICT JUDGE